IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3034 |
| v. | ) | |
| | ) | |
| MIGUEL ANGEL AYALA ARIAS, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Because of the pending motion to withdraw,

IT IS ORDERED:

The plea hearing is continued until after new counsel has entered his appearance.

DATED this 9th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge