IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:07CR3034 |
| v. ) | |
| ) | |
| MIGUEL ANGEL AYALA ARIAS, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

   Defendant appeared in person with counsel on November 29, 2007, orally moved for a continuance and waived speedy trial time in open court.

   IT THEREFORE HEREBY IS ORDERED:

   Defendant's oral motion is granted, and

   1.  A status conference is set for January 10, 2008 at 1:15 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Defendant is required to be present.

   2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 30, 2007 and January 10, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   DATED this 30th day of November, 2007.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge